# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| AMTRUST INSURANCE CO. OF KANSAS, INC. | § § § | |
| v. | § § | Case No. 4:11-CV-00672 Judge Schneider/Judge Mazzant |
| STARSHIP LEAGUE CITY, L.P. and USA SELF STORAGE, INC. | § § § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 17, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Starship League City, L.P. and USA Self Storage, Inc.'s Motion to Transfer Action to United States District Court for the Eastern District of Texas, Tyler Division (Dkt. No. 7) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** Defendants Starship League City, L.P. and USA Self Storage, Inc.'s Motion to Transfer Action to United States District Court for the Eastern District of Texas,

Tyler Division (Dkt. No. 7) is **DENIED**.

    **It is SO ORDERED.**

    **SIGNED this 9th day of March, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE